IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHERI LYNN MEYER,

     Appellant,

v.

HCB FINANCIAL CORP, A
FLORIDA CORPORATION,
DIAN A. CURTIS REVOCABLE
TRUST,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2231

_____/

Opinion filed December 4, 2015.

An appeal from the Circuit Court for Walton County.
William L. Wright, Judge.

Cheri Lynn Meyer, pro se, Appellant.

H. Lee Strayhan, III of Clark, Partington, Hart, Larry, Bond & Stackhouse, Destin,
for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, WETHERELL, and MARSTILLER, JJ., CONCUR.